IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| LAMILL HOLDING COMPANY, AND AGA CAPITAL, LLC, | Civil Action No. _____ |
| Plaintiffs, | |
| vs. | **Corporate Disclosure Statement** |
| BITMAIN TECHNOLOGY GEORGIA LIMITED | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 26.01, the undersigned counsel to Defendant Bitmain Technologies Georgia Limited[1] ("Bitmain"), by and through its undersigned counsel, states as follows:

1(a).    Bitmain has not issued shares to the public and thus is not publicly traded.

1(b).    Bitmain is a wholly owned subsidiary of Bitmain Delaware Holding Company, Inc., a private corporation. Bitmain Delaware Holding Company, Inc., is a wholly owned subsidiary of Bitmain Switzerland AG, a private corporation. Bitmain Switzerland AG is a wholly owned subsidiary of Bitmain Technologies Limited, a private corporation. Bitmain Technologies Limited is a wholly owned subsidiary of Bitmain Technologies Holding Company, a private corporation.

1(c).    Bitmain does not have any subsidiaries that are not wholly owned by it and have issued shares to the public.

1(d).    No publicly held company or corporation owns ten percent (10%) or more of Bitmain.

---

[1] Plaintiffs improperly named the defendant as Bitmain Technology Georgia Limited in this matter.  The proper defendant is Bitmain *Technologies* Georgia Limited.

2.      Bitmain is a corporation. It was incorporated in the State of Georgia and maintains its principal place of business in Georgia.  No other individuals or entities have citizenship attributed to Bitmain under 28 U.S.C. § 1332(a).

Respectfully submitted,


NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/Paul. T. Collins*
Paul Collins
Federal Bar No. 9055
Paul.collins@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 255-9747

*Attorney for Defendant Bitmain Technologies Georgia Limited*

Columbia, South Carolina
DATED:  August 2, 2024

**<u>Certificate of Service</u>**

I hereby certify that a true copy of the foregoing Defendant Bitmain Technologies Limited's Disclosure of Corporate Interests was served by electronic mail on August 2, 2024 on the following counsel for Plaintiffs Lamill Holding Company and AGA Capital, LLC:

> Robert E. Lee
> Robert E. Lee, LLC
> 111 Witcover Street
> Marion, SC 29571
> Post Office Box 1096
> Marion, SC 29571
> rel@rellawfirm.com

*/s/ Paul T. Collins*_____
Attorney for Defendant
