IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| LAMILL HOLDING COMPANY, AND AGA CAPITAL, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> BITMAIN TECHNOLOGY GEORGIA LIMITED <br><br> Defendant. | Civil Action No. 4:24-CV-4267-JD <br><br> **Acknowledgement of Removal** |

Paul T. Collins, attorney for the Defendant Bitmain Technology Georgia Limited, in the above-captioned matter hereby files the attached Acknowledgement of Removal.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By: */s/Paul T. Collins*
                    Paul Collins
                    Federal Bar No. 9055
                    Paul.collins@nelsonmullins.com
                    1320 Main Street / 17th Floor
                    Columbia, SC 29201
                    (803) 255-9747

                *Attorney for Defendant Bitmain Technology Georgia Limited*

Columbia, South Carolina
August 7, 2024