ELECTRONICALLY FILED - 2024 Aug 05 2:26 PM - MARLBORO - COMMON PLEAS - CASE#2024CP3400249

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FOURTH JUDICIAL CIRCUIT |
| COUNTY OF MARLBORO ) | |
| ) | |
| LAMILL HOLDING COMPANY, AND ) | Civil Action No. 2024-CP-34-00249 |
| AGA CAPITAL, LLC ) | |
| ) | |
| Plaintiffs, ) | **ACKNOWLEDGEMENT OF** |
| ) | **FILING OF NOTICE OF** |
| vs. ) | **REMOVAL** |
| ) | |
| BITMAIN TECHNOLOGY GEORGIA ) | |
| LIMITED, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Receipt of a copy of the Notice of Removal filed by Defendant Bitmain Technology Georgia Limited, by and through its attorneys in the above-captioned action, is hereby acknowledged this _____ day of _____, 2024.

_____
Clerk of Court
Court of Common Pleas
Fourth Judicial Circuit Marlboro County



Common Pleas

**Case Caption:**   Lamill Holding Company , plaintiff, et al VS Bitmain Technology Georgia Limited
**Case Number:**   2024CP3400249

**Type:**   Acknowledgement of Filing of Removal

So Ordered

s/Anita M. Williams, Marlboro County Clerk Of Court

Electronically signed on 2024-08-05 14:53:04     page 2 of 2