UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Civil Action No.: 4:24-cv-04267-JD

| | |
|---|---|
| Lamill Holding Company, and AGA Capital, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Bitmain Technology Georgia Limited, | ) ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 26.01, Counsel for the Plaintiffs, Lamill Holding Company, and AGA Capital, LLC, through their counsel state the following.

1(a).   Neither Plaintiffs have issued shares to the public and thus are not publicly traded.

1(b).   Neither of the Plaintiffs are publicly owned companies nor are they the parent of any publicly owned company. Neither of the Plaintiffs have any subsidiaries that are not wholly owned by it or issued shares to the public. Neither of the Plaintiffs own ten (10%) percent of any publicly owned company.

1(c).   Neither of the Plaintiffs have any subsidiaries that are not wholly owned by them and have issues shares to the public.

1(d).   No publicly held company or corporation owns ten (10%) percent or more of the Plaintiffs.

2.   The Plaintiff, Lamill Holding Company, is a corporation incorporated in the State of Delaware and its principal place of business is the State of Georgia under 28 U.S.C. § 1332(c). The Plaintiff, AGA Capital, LLC, is a limited liability company that is owned by its members Mr. Lixiong Hao and Mr. Jingrui Yu. Both members are residents of the state of the State of California. No other individuals or entities have citizenship attributable to the Plaintiffs under 28 U.S.C. § 1332(a).

**ROBERT E. LEE, LLC**

S/Robert E. Lee

_____

Robert E. Lee – FID #5509
Post Office Box 1096
Marion, South Carolina 29571
Telephone:   843-423-1313
E-Mail:        rel@rellawfirm.com

And,

**WRIGHT, WORLEY, POPE, EKSTER & MOSS, PLLC**
Kenneth R. Moss, FID#10754
628A Sea Mountain Highway
North Myrtle Beach, South Carolina 29582
Telephone:   843-281-9901
E-Mail:        KennethMoss@wwpemlaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

August 23, 2024
Marion, South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiffs, Lamill Holding Company, and AGA Capital, LLC Disclosure of Corporate Interest was served by electronic mail on August 26, 2024, on the following counsel for the Defendant, Bitmain Technologies Limited.

Paul T. Collins, Esq.
Nelson Mullins Riley & Scarborough, LLP
Paul.Collins@nelsonmullins.com
1320 Main Street – 17th Floor
Columbia, South Carolina 29201

Attorney for the Defendant

                                                 s/Robert E. Lee
                                                 _____
                                               Attorney for the Plaintiffs