UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lamill Holding Company, and AGA Capital, LLC, | ) | Civil Action No.: 4:24-cv-04267-JD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Bitmain Technology Georgia Limited, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Kenneth R. Moss, of Wright, Worley, Pope, Ekster & Moss, PLLC, hereby notifies and advises this Court, the above-captioned parties, and all counsel of record that he is appearing as co-counsel on behalf of the Plaintiffs, Lamill Holding Company, and AGA Capital, LLC in the above-captioned action.

Respectfully submitted,

**WRIGHT, WORLEY, POPE,
EKSTER & MOSS, PLLC**

s/ Kenneth R. Moss
Kenneth R. Moss, FID #10754
628A Sea Mountain Highway
North Myrtle Beach, SC 29582
Tel: (843) 281-9901 / Fax: (843) 281-9903
E-Mail: KennethMoss@wwpemlaw.com

North Myrtle Beach, SC
September 9, 2024

WWPEM, PLLC
Our file no. SC-10568-001