UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Civil Action No.: 4:24-cv-04267-JD

| | |
|---|---|
| Lamill Holding Company, and AGA Capital, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Bitmain Technology Georgia Limited, | ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO DISMISS

Plaintiffs and Counter-Defendants, Lamill Holding Company, and AGA Capital, LLC, by and through undersigned counsel and pursuant to rule 12(b)(6) of the *Federal Rule of Civil Procedure*, hereby moves to dismiss Defendant and Counter-Plaintiff Bitmain Technology Georgia Limited's Counterclaims with prejudice, because Counter-Plaintiff's counterclaims fail to state a cognizable claim upon which relief may be granted. Specifically, Counter-Plaintiff states no cognizable claim against Counter-Defendants.

**WHEREFORE**, for these reasons, and for the reasons more fully explained in Counter-Defendants' accompanying Memorandum of Law, Counter-Defendants respectfully request the Court dismiss Counter-Plaintiff's counterclaims with prejudice.

[SIGNATURE PAGE FOLLOWS]

REL25798

**ROBERT E. LEE, LLC**

S/Robert E. Lee

_____

Robert E. Lee – FID #5509
Post Office Box 1096
Marion, South Carolina 29571
Telephone:    843-423-1313
E-Mail:    rel@rellawfirm.com

And,

**WRIGHT, WORLEY, POPE, EKSTER & MOSS, PLLC**
Kenneth R. Moss, FID#10754
628A Sea Mountain Highway
North Myrtle Beach, South Carolina 29582
Telephone:    843-281-9901
E-Mail:    KennethMoss@wwpemlaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

September 11, 2024
Marion, South Carolina