UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Civil Action No.: 4:24-cv-04267-JD

| | |
|---|---|
| Lamill Holding Company, and AGA Capital, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Bitmain Technology Georgia Limited, | ) ) |
| Defendants. | ) |

**LAMILL HOLDING COMPANY AND AGA CAPITAL, LLC
MOTION FOR EXTENSION OF TIME TO FILE
REPLY OF RESPONSE TO MOTION
(ECF 12)**

Please Take Notice that pursuant to Local Rule 12.01 of the *Local Civil Rules for the District Court of South Carolina*, the Plaintiffs request an extension of fifteen (15) days to file a Reply to the Defendant's Response in Opposition to the Plaintiffs' Motion to Dismiss (ECF 12). The Plaintiffs' Reply was originally due on September 28, 2024. This extension is being requested because of the hardships caused by Hurricane Helene which impacted the office of Plaintiffs' counsel. This is the Plaintiffs' first request for extension of time.

**ROBERT E. LEE, LLC**

S/Robert E. Lee
_____
Robert E. Lee – FID #5509
Post Office Box 1096
Marion, South Carolina 29571
Telephone:   843-423-1313
E-Mail:       rel@rellawfirm.com

And,

**WRIGHT, WORLEY, POPE, EKSTER & MOSS, PLLC**
Kenneth R. Moss, FID#10754
628A Sea Mountain Highway
North Myrtle Beach, South Carolina 29582
Telephone:   843-281-9901
E-Mail:         KennethMoss@wwpemlaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

September 30, 2024
Marion, South Carolina