UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Civil Action No.: 4:24-cv-04267-JD

| | |
|---|---|
| LAMILL HOLDING COMPANY, AND AGA CAPITAL, LLC, | )<br>)<br>) |
| Plaintiffs | ) |
| v. | )<br>) |
| BITMAIN TECHNOLOGY GEORGIA LIMITED, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE

Counsel for the Plaintiffs, Lamill Holding Company, and AGA Capital, LLC., hereby requests protection from court appearances for the following dates:

- October 24, 2024 – November 20, 2024

Counsel is scheduled to be out of the country for a pre-planned, pre-paid vacation on these dates.

Respectfully submitted,

**ROBERT E. LEE, ESQUIRE**

*s/Robert E. Lee*

Robert E. Lee – Federal Bar No.: 5509
Post Office Box 1096
Marion, South Carolina 29571
Telephone: (843) 423-1313
Facsimile: (843) 433-8258
rel@rellawfirm.com

October 22, 2024                **ATTORNEY FOR THE PLAINTIFFS**
Marion, South Carolina

## CERTIFICATE OF SERVICE

    I, Robert E. Lee, Esquire have this the 22nd day of October 2024, served counsel of record by electronic noticing system of the forgoing *Notice of Request for Protection from Court Appearance*.

**Paul Collins, Esquire**
**1320 Main Street, 17th Floor**
**Columbia, SC 29201**

                                      s/ Robert E. Lee
                                      Robert E. Lee – Federal Bar No.: 5509
                                      Post Office Box 1096
                                      Marion, South Carolina 29571
                                      Telephone:  (843) 423-1313
                                      Facsimile:   (843) 433-8258
                                      rel@rellawfirm.com